# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HASSAN ELANANY,** | : | **CIVIL NO. 1:17-CV-2405** |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **WARDEN CLAIR DOLL,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 24th day of May, 2018, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), wherein petitioner, Hassan Elanany, challenges the constitutionality of his prolonged detention by the United States Immigration and Customs Enforcement ("ICE"), and upon further consideration of respondent's suggestion of mootness indicating that petitioner was deported from the United States on May 16, 2018, see (Doc. 12; Doc. 12-1, Warrant of Removal/ Deportation), and is no longer in ICE custody, which renders the petition moot, see Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the

outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."), it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.

2. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania